FILED

2007 Aug-30  AM 09:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **GATAYAS MILES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **2:06-cv-04902-VEH-JEO** |
| | ) | |
| **JEFFERSON COUNTY** | ) | |
| **SHERIFF'S** | ) | |
| **DEPARTMENT and** | ) | |
| **LIEUTENANT** | ) | |
| **RICH,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>MEMORANDUM OF OPINION</u>

The magistrate judge filed a report and recommendation on August 6, 2007, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed without prejudice under 28 U.S.C. § 1915e(a) because the plaintiff failed to exhaust his administrative remedies prior to filing this lawsuit. No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915e(a). A Final Judgment will be entered.

**DONE** this the 30th day of August, 2007.

**VIRGINIA EMERSON HOPKINS**
United States District Judge